_____ FILED _____ LODGED
_____ RECEIVED

Apr 27, 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff

v.

KYLE LUCAS,

Defendant.

NO. 3:23-cr-05129-BHS

**INFORMATION**

The United States Attorney charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about September 27, 2022, in Clark County, within the Western District of Washington, KYLE LUCAS, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Felon in Possession of Firearm*, in the United States District Court for the Western District of Washington, under case number CR17-5270, on or about December 14, 2018;

    ii.    *Assault with a Dangerous Weapon with Intent to do Bodily Harm*, under case number 2:00CR00020-001, in United States District Court, Southern District of Indiana, on or about March 21, 2001;

Information - 1
*United States v. Lucas*
USAO No. 2022R01193

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

iii.    *Felon in Possession of a Firearm*, under case number CR 97-60043-01, in United States District Court, District of Oregon, on or about November 25, 1997;

iv.    *Felon in Possession of a Firearm*, under case number CR 95-020409, in United States District Court, District of Oregon, on or about March 9, 1995; and

v.    *Robbery in the Second Degree*, under case number CR 93-071341, in the Circuit Court of the State of Oregon, for the County of Linn, on or about September 21, 1993,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a black Beretta PX4 Storm handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, KYLE LUCAS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to: a black Beretta PX4 Storm handgun.

//

//

//

Information - 2
*United States v. Lucas*
USAO No. 2022R01193

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

1.  cannot be located upon the exercise of due diligence;

2.  has been transferred or sold to, or deposited with a third party;

3.  has been placed beyond the jurisdiction of the Court;

4.  has been substantially diminished in value; or,

5.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this ___26th___ day of April, 2023.

*Sarah G. Vogel, for*
_____
NICHOLAS W. BROWN
United States Attorney

_____ for
_____
TODD GREENBERG
Assistant United States Attorney

_____
AMY JAQUETTE
Assistant United States Attorney

Information - 3
*United States v. Lucas*
USAO No. 2022R01193

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970